

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

January 8, 2026

**<u>Via ECF</u>**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

> RE:   *Dennis v. The City University of New York*
>          1:25-CV-09805 (RA)

Dear Judge Abrams:

This Office represents Defendant The City University of New York ("CUNY") in the above-referenced action. I write to respectfully request an adjournment of the submission deadlines and appearance scheduled by Your Honor's Order and Notice of Initial Conference (ECF No. 5) until after CUNY has responded to the Complaint.

On December 2, 2025, Your Honor issued an Order and Notice of Initial Conference pursuant to which the parties were directed to: (i) submit a joint letter regarding the case by January 23, 2026; (ii) submit a joint case management plan by November 21, 2025 (this date appears to be an error); and (iii) appear for an initial conference on January 30, 2026. *See* ECF No. 5. Your Honor further advised the parties that "[i]f Defendant…has not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than January 9, 2026." *Id.* On December 18, 2025, the deadline for CUNY to answer, move or otherwise respond to the Complaint was extended until February 23, 2026. *See* ECF No. 7.

Accordingly, CUNY's response to the Complaint is not due until after the submission deadlines and appearance scheduled by the Order and Notice of Initial Conference. I therefore request that those dates be adjourned until after CUNY has responded to the Complaint (and, in the event CUNY moves to dismiss, until after the motion has been fully-briefed). This is CUNY's first request for an adjournment of these dates. Plaintiff consents to this request.

Thank you for your time and consideration of this matter.

> Respectfully submitted,
>
> */s/ Samuel Martin*
> Samuel A. Martin
> Assistant Attorney General

Tel.: (212) 416-8920
samuel.martin@ag.ny.gov

Application granted.  Per the parties' request, the
initial conference scheduled for January 30, 2026 is
adjourned to April 3, 2026 at 2:00 p.m.

SO ORDERED.

Hon. Ronnie Abrams
Jan. 12, 2026